United States District Court
Southern District of Texas
**ENTERED**
August 04, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALEJANDRO MARTINEZ-YANEZ, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-16-159 |
| | § | CRIMINAL NO. B-13-619-1 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

# ORDER

Pending is the Magistrate Judge's July 6, 2016, Report and Recommendation in the above-referenced cause of action. [Doc. No. 4] No objections have been lodged by either side and the time for doing so has expired.

Having reviewed all of the pleadings and the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation [Doc. No. 4] is hereby adopted. Therefore, Petitioner Alejandro Martinez-Yanez's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 [Doc. No. 1] is transferred to the Fifth Circuit for its consideration as to whether a successive habeas petition may be filed, pursuant to In re Epps, 127 F.3d 364, 364 (5th Cir. 1997).

Signed this 4th day of August, 2016.

_____
Andrew S. Hanen
United States District Judge